IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-009-MOC-DCK

| CRAIG CUNNINGHAM, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| DAYBREAK SOLAR POWER, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Karl S. Gwaltney, on January 7, 2022. Upon review and consideration of the motion, the Court will <u>deny</u> the motion without prejudice.

The instant motion is incomplete – omitting the name of the applicant on page 1, and stating that the motion is opposed on page 2.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **DENIED WITHOUT PREJUDICE**. Mr. Gwaltney may file a revised motion that fills in all the required information, and explains whether the motion is opposed or Mr. Gwaltney has been unable to ascertain Defendant's position.

**SO ORDERED**.

Signed: January 7, 2022

David C. Keesler
United States Magistrate Judge