IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-009-MOC-DCK

| CRAIG CUNNINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DAYBREAK SOLAR POWER, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Karl S. Gwaltney, Esq., concerning Anthony Paronich, on January 10, 2022. Anthony Paronich seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Anthony Paronich is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 10, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge